IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARRY GLAZER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-25-1849 |
| META PLATFORMS, INC., et al., | * | |
| Defendants. | * | |
| | * | |
| | *** | |

## ORDER

On June 10, 2025, Plaintiffs Barry Glazer and Gina Gargeu initiated this action against Defendants Meta Platforms, Inc.; Facebook, Inc.; Instagram, LLC; and Google, LLC. (ECF No. 1). Under Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a) (D.Md. 2025), a defendant must be served within ninety (90) days of the filing of the complaint. To date, it has been ninety-eight (98) days since Glazer and Gargeu filed their Complaint against Defendants, yet the Court has no record that Defendants have been served.

Additionally, while summons was issued as to Defendants Meta Platforms, Inc. and Google, LLC on June 20, 2025, (ECF No. 6), Glazer and Gargeu have not provided summons as to Defendants Facebook, Inc. or Instagram, LLC. Glazer and Gargeu allege in their Complaint that Facebook, Inc. and Instagram, LLC are subsidiaries or affiliated entities of Meta Platforms, Inc. (Compl. ¶¶ 8–9, ECF No. 1). To the extent that they assert claims against Facebook, Inc. and Instagram, LLC as Defendants separate and apart from

Meta Platforms, Inc., Glazer and Gargeu must provide summons as to Facebook, Inc. and Instagram, LLC. If they do not assert claims against Facebook, Inc. and Instagram, LLC as Defendants separate and apart from Meta Platforms, Inc., Glazer and Gargeu may amend the Complaint to remove Facebook, Inc. and Instagram, LLC as named Defendants.

Accordingly, it is this 16th day of September, 2025, by the United States District Court for the District of Maryland, hereby:

ORDERED that Glazer and Gargeu SHOW good cause within fourteen (14) days of the date of this Order why the Complaint should not be dismissed without prejudice against Defendants; and

IT IS FURTHER ORDERED that Glazer and Gargeu PROVIDE summons as to Facebook, Inc. and Instagram, LLC, or AMEND the Complaint to remove them as named Defendants, within fourteen (14) days of the date of this Order. Failure to respond to this Order may result in dismissal of the Complaint against Defendants without further notice from this Court.

/s/
George L. Russell, III
Chief United States District Judge